# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| KNOWLEDGE LEARNING CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MALONEY, et al., <br><br> Defendants. | Civil Action No. MJG-07-cv-3234 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Settlement Agreement and Release entered into between the parties, Knowledge Learning Corporation, Education Station LLC, Learn-It Systems, LLC, Michael Maloney, and Cregg Seymour, collectively, hereby dismiss the above-referenced action with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED this 22nd day of October, 2008.

        Kenneth C. Smurzynski
        Andrew W. Rudge, admitted *pro hac vice*
        Matthew B. Andelman
        WILLIAMS & CONNOLLY LLP
        725 Twelfth St., N.W.
        Washington, D.C.  20005
        Tel.: 202-434-5000
        Fax:  202-434-5029


        By:       /s Matthew B. Andelman
                Matthew B. Andelman
                Bar No. 16067

        Attorneys for Michael Maloney, Cregg
        Seymour, and Learn-It Systems, LLC


        Joel A. Mullin, admitted *pro hac vice*
        Scott J. Kaplan, admitted *pro hac vice*
        STOEL RIVES LLP
        900 SW Fifth Avenue, Suite 2600
        Portland, OR  97204-1268
        Phone:     (503) 294-9186
        Facsimile:    (503) 294-9186

          and

        Raymond Baldwin, Bar No. 25449
        SEYFARTH SHAW, LLP
        Suite 500
        815 Connecticut Avenue, N.W.
        Washington, DC  20006-4004
        Phone:     (202) 463-2400
        Facsimile:    (202) 828-5393

        By:       /s Joel A. Mullin
                Joel A. Mullin
                Admitted *Pro hac vice*

        *Attorneys for Knowledge Learning Corporation and Education Station, LLC*